## PEOPLE *v.* KETTERLE *et al.*

*(Common Pleas of New York City and County, General Term.*   December 2, 1889.)

BAIL—FORFEITED RECOGNIZANCE—MOTION TO REFUND MONEY PAID.

   On a motion to refund money paid on a forfeited recognizance, proof of service of notice on the district attorney must be made, and a certificate of the deposit, and a certified copy of the order discharging the recognizance, produced.

On motion to refund money paid on forfeited recognizance.   For former report, see 5 N. Y. Supp. 957, *mem.*
Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.
*J. R. Fellows,* Dist. Atty., for the People.    *A. P. Fitch,* for defendants.

PER CURIAM. This is an application to require the comptroller to refund ˙to the surety the sum of $300 paid by him to the district attorney in satisfac-ʼtion of the judgment on a forfeited recognizance against such surety and one Valentine Ketterle, on proof that on June 3, 1889, an order was made by the ;general term of this court discharging and canceling the said judgment. 5 N. Y. Supp. 957, mem. Proof of service of the notice upon the district at-ʼtorney must be produced; also certificate of the comptroller or chamberlain as ⁱto deposit with him; and certified copy of the order discharging the recogni-ʼzance; and application may be renewed on such papers. All concur.